IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

DWAYNE MEADOWS,                  *
                                 *
     Plaintiff,                  *
                                 *
v.                               *     CV 322-113
                                 *
TIMOTHY C. WARD, et al.,         *
                                 *
     Defendants.                 *

ORDER

On October 14, 2022, the United States Magistrate Judge entered a Report and Recommendation recommending the dismissal of the captioned matter under the three-strikes provision of the Prison Litigation Reform Act ("PLRA"). (Doc. No. 6 (citing 28 U.S.C. § 1915(g)).) The Magistrate Judge also determined that Plaintiff was not in imminent danger from the named Defendants from a different prison than that at which Plaintiff was incarcerated at the time of filing his complaint. (Id. at 4.) On November 10, 2022, the Court adopted the Report and Recommendation and dismissed the case. (Doc. No. 11.) At present, Plaintiff has filed a "Motion in Opposition to Adaptation of Magistrate Judge Report and Recommendation," which the Court construes as a motion for reconsideration under Federal Rule of Civil Procedure 59(e).[1]

---

[1] While Plaintiff cites to Rule 60(b)(6), the Federal Rules provide that a motion for reconsideration filed within 30 days of judgment is to be considered under Rule 59(e). This distinction, however, is without a difference to the resolution of this motion.

"The only grounds for granting a Rule 59(e) motion are newly-discovered evidence or manifest errors of law or fact." Arthur v. King, 500 F.3d 1335, 1343 (11th Cir. 2007) (quoted source omitted). A Rule 59(e) motion is not intended as a vehicle to re-litigate old matters, raise new arguments or present evidence that could have been raised prior to the entry of judgment. Michael Linet, Inc. v. Village of Wellington, Fla., 408 F.3d 757, 763 (11th Cir. 2005).

Here, Plaintiff has not presented any new evidence or advanced any new ground that has not already been considered by the Court. He does nothing to show that he is in imminent danger, nor could he when he is housed at a different facility than that which he complains about in his complaint and even his amended complaint. To the extent that Plaintiff suggests that he is suffering harm at his current place of incarceration, Washington State Prison, he must file a new lawsuit and show that he is in imminent danger at the time of filing.

Because Plaintiff has not established any reason to disturb the Dismissal Order of November 10, 2022, his motion for reconsideration (doc. no. 13) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 12th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE